## 53219. SELF v. THE STATE.

BELL, Chief Judge.

Defendant was convicted of a violation of the Georgia Controlled Substances Act. *Held:*

Defendant complains that the court erred in allowing

two witnesses to testify that an arrest warrant was pending against a defense witness. No objection was interposed by the defendant when these questions were asked. A failure to object at trial constitutes a waiver of any objection to evidence. *Gattlen v. State,* 134 Ga. App. 71 (213 SE2d 173).

*Judgment affirmed. McMurray and Smith, JJ., concur.*

Submitted January 18, 1977 — Decided February 2, 1977.

*Carl A. Veline, Jr.,* for appellant.
*Stephen Pace, Jr., District Attorney, Miriam D. Wansley, Assistant District Attorney,* for appellee.

*Judgment affirmed. McMurray and Smith, JJ., concur.*